**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

IT IS SO ORDERED.



_John E. Hoffman, Jr._
John E. Hoffman, Jr.
United States Bankruptcy Judge

Dated: March 12, 2024

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| *In re:* | : | |
| JEFFREY A. PICKETT | : | Case No. 19-55237 |
| | : | Chapter 7 |
| | : | Judge John E. Hoffman, Jr. |
| | : | |
| *Debtor(s).* | : | |

ORDER DENYING APPLICATION
FOR PAYMENT OF UNCLAIMED FUNDS (DOC. NO. 91)

The above-referenced Application for Payment of Unclaimed Funds (hereinafter, the "Application") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The Notarization (section 6 of the Application) is incomplete. (General Order 33-1 requires all applications to be notarized under applicable state law.)

The Application is therefore **DENIED** without prejudice.

**SO ORDERED.**

**NOTE:** A form Application for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules is available on the Court's website at **https://www.ohsb.uscourts.gov/unclaimed-funds.** While the use of this form application is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance.

Copies To:
Default List