**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_____
John E. Hoffman, Jr.
United States Bankruptcy Judge

Dated: April 3, 2024

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| *In re:* | : | |
| JEFFREY A PICKETT | : | Case No. 19-55237 |
| | : | Chapter 7 |
| | : | Judge John E. Hoffman, Jr. |
| *Debtor(s).* | : | |

### ORDER DENYING APPLICATION
### FOR PAYMENT OF UNCLAIMED FUNDS (DOC. NO. 99)

The above-referenced Application for Payment of Unclaimed Funds (hereinafter, the "Application") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒   The Notarization (section 6 of the Application) is incomplete. (General Order 33-1 requires all applications to be notarized under applicable state law.)

> Rather than effectuating a valid assignment, Doc. 99 appears to have manipulated Doc. 91 in an attempt to assign the unclaimed funds to Funds Finders of America, LLC rather than 1st Recovery Group.

☒   The Unclaimed Funds Supporting Documentation and Request for Taxpayer Identification Number are not filed separately.

> The PDF does not indicate that it is an "amended" application.

The Application is therefore **DENIED** without prejudice.

**SO ORDERED.**

**NOTE:** A form Application for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules is available on the Court's website at **https://www.ohsb.uscourts.gov/unclaimed-funds.** While the use of this form application is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance.

Copies To:
Default List