NCOFunds
(Rev. 09/2021)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: May 7, 2024**

_____
John E. Hoffman, Jr.
United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| *In re:* | : |
| JEFFREY A PICKETT | : Case No. 19-55237 |
| | : Chapter 7 |
| | : Judge John E. Hoffman, Jr. |
| *Debtor(s)*. | : |

### ORDER DENYING APPLICATION
### FOR PAYMENT OF UNCLAIMED FUNDS (DOC. NO. 104)

The above-referenced Application for Payment of Unclaimed Funds (hereinafter, the "Application") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The Request for Taxpayer Identification Number is not filed separately.

The notary portion on page 2 of the application appears to have dates that do not coincide with one another.

The Application is therefore **DENIED** without prejudice.

**SO ORDERED.**

**NOTE:** A form Application for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules is available on the Court's website at **https://www.ohsb.uscourts.gov/unclaimed-funds.** While the use of this form application is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance.

Copies To:
Default List